IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
          Plaintiff,

vs.                                  Case No. 3:09 CR 152 BBC

JAMES C. ANDERSON,
          Defendant.

**ORDER ON MOTION OF DEFENDANT FOR CERTAIN RELIEF**

This matter having come before the Court on motion of the defendant, JAMES C. ANDERSON, on notice to the Government, which does not oppose the relief sought, and this Court having considered the matters presented, including the basic need of the defense (in preparation for sentencing herein) to have a private, in-person consultation between the incarcerated defendant and consulting psychologist, Dr. Patricia Coffey, and for good cause shown from all the information presented to this Court,

IT IS HEREBY ORDERED that:

1. The U.S. Marshals (and the Sauk County Jail, where defendant is housed) are directed to make defendant James C. Anderson available to consulting psychologist Dr. Patricia Coffey, on a prompt, mutually convenient date, in a setting that insures all of the requirements below are met:

2. Defendant and Dr. Coffey will meet in person, face to face, and alone in a room (as opposed to through a glass barrier such as exists in the Sauk County Jail's attorney visiting booths);

3. During this face-to-face meeting, the defendant may be shackled at such times and in such manner as the Marshal and the housing jail and Sheriff in their discretion determine necessary.

4. During that meeting (which is expected to last at least two hours and possibly longer), the defendant and Dr. Coffey are to have privacy and confidentiality, and thus no other persons shall be present in the room or in a position to hear what they discuss between themselves during this psychological evaluation;

5. Following entry of this order, Dr. Coffey and defense counsel shall make prompt arrangements with the Marshal, the housing jail and the Sheriff to conduct this evaluation;

6. The Clerk shall forward a copy of this order forthwith to the U.S. Marshal, who then shall forward a copy to the housing jail (Sauk County Jail) so that they may comply with its terms; and

7. The sentencing hearing in this case is postponed from March 18th to April ~~16~~, 14 2010 at ~~1:40~~ 1:00 p.m. or such other similar date and time as the clerk determines is feasible based on the calendar and the schedules of counsel.

SO ORDERED THIS 9th DAY OF MARCH, 2010:

_Barbara B. Crabb_
BARBARA B. CRABB, CHIEF JUDGE
U.S. District Court, Western District of Wisconsin