IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Case No.   09-CR-0152<br>JAMES ANDERSON, )<br>)<br>Defendants. )<br>) | |

FINAL ORDER OF FORFEITURE

---

Based upon the motion of the United States, the entire file in this case, and good cause appearing, the Court finds that:

1.  On October 28, 2009, a federal grand jury sitting in Madison, Wisconsin, returned an indictment against defendant James Anderson. Count one charged possession of a Western Digital external hard drive, serial number WXEX0733260 containing visual depictions that were produced using materials which had previously been shipped in interstate and foreign commerce, specifically said Western Digital external hard drive, serial number WXEX0733260, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct, and the depictions are of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B). Count two of the indictment contained a forfeiture allegation for the forfeiture of a Western Digital external hard drive, serial number WXEX0733260, by

virtue of the commission of the offense charged in Count one, pursuant to Title 18, United States Code, Section 2253.

2. On January 7, 2010, the defendant entered a plea of guilty to Count one of the indictment, pursuant to a written plea agreement. The plea agreement provided that the defendant agree to the forfeiture of a Western Digital external hard drive, serial number WXEX0733260, as set forth in Count two of the indictment, and also a Western Digital External Hard Drive, serial number WXEX08P44442, and a IBM ThinkPad Laptop.

3. On February 2, 2010, the court entered a Preliminary Order of Forfeiture.

4. Notice of the forfeiture action was served on all parties known to the government. On February 11, 2010, notice was mailed to Rina J. Anderson.

5. Notice of the forfeiture complaint was published on the official internet government forfeiture site www.forfeiture.gov from February 5, 2010, to March 6, 2010.

6. No third party has made any claim to or declared any interest in the above-described property and the time for filing a petition has expired.

IT IS THEREFORE ORDERED:

1. The Western Digital External Hard Drive, serial number WXEX0733260; the Western Digital External Hard Drive, serial number WXEX08P44442; and the IBM ThinkPad Laptop are forfeited to the United States.

2. The United States Immigration and Customs Enforcement is directed to dispose of the following within sixty days of completion of analysis:

(a) Western Digital External Hard Drive, serial number WXEX0733260;

(b)   Western Digital External Hard Drive, serial number WXEX08P44442; and

(c)   IBM ThinkPad Laptop, in accordance with federal law.

ORDERED this 13th day of April 2010.

                                                BARBARA B. CRABB
                                                United States District Judge